## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

MERIWETHER v. TARGET CORPORATION             Case No. 08CV551 LAB(RBB)
                                             **Time Spent:**

HON. RUBEN B. BROOKS     CT. DEPUTY VICKY LEE                    Rptr.

                          Attorneys
        Plaintiffs                           Defendants

PROCEEDINGS:   ___ In Chambers    ___ In Court    ___ Telephonic

Magistrate Judge Ruben B. Brooks recuses himself from the above-referenced case. Case transferred to Magistrate Judge William McCurine, Jr.

DATE: April 2, 2008        IT IS SO ORDERED:    *Ruben Brooks*
                                                Ruben B. Brooks,
                                                U.S. Magistrate Judge

cc:  Judge Burns                                INITIALS: VL (mg/irc) Deputy
     All Parties of Record

K:\COMMON\BROOKS\CASES\MERIWETHER0551\Minutes01.wpd