1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

11  ETHAN MERIWETHER,                    )    Case No. 08cv551 LAB (WMc)
                                         )
12            Plaintiff,                 )    **ORDER FOLLOWING EARLY**
                                         )    **NEUTRAL EVALUATION**
13  v.                                   )    **CONFERENCE, SETTING RULE 26**
                                         )    **COMPLIANCE AND NOTICE OF**
14  TARGET CORPORATION; KIRK             )    **CASE MANAGEMENT CONFERENCE**
    BROTEN; and DOES 1 through 10, inclusive, )
15                                       )
              Defendants.                )
16  ─────────────────────────────────────

17        On May 6, 2008, the Court convened an Early Neutral Evaluation Conference in the

18  above entitled action.  Appearing for Plaintiff were David Miller, Esq. and Ethan Meriwether.

19  Appearing for Defendant were Claudette Wilson, Esq. and Krista Cabrera, Esq.

20        Settlement could not be reached in the case at this time.

21        The Court discussed compliance with Fed. R. Civ. P. 26 and based thereon, issues the

22  following orders:

23        1.    The Rule 26(f) conference shall be completed before ***May 30, 2008***;

24        2.    A discovery plan shall be lodged with Magistrate Judge McCurine, Jr. on or

25              before ***June 11, 2008.***  Regarding each witness, the discovery plan will include

26              the name, most current address, most current phone number, and a brief

27              description of the subject matter of his/her testimony.  The discovery plan will

28              also include the anticipated dates for the completion of both non-expert discovery

08cv551 LAB (WMc)

1    and expert discovery;  and,

2    3.    The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur before

3    *June 18, 2008*;

4    4.    Counsel are ordered to appear *on June 27, 2008* at *2:00 p.m.* in the chambers of

5    United States Magistrate Judge William McCurine, Jr., 940 Front Street,

6    Courtroom C, San Diego, California, 92101,  for a Case Management Conference

7    pursuant to Federal Rule of Civil Procedure 16(b).

8    Failure of any counsel or party to comply with this Order will result in the imposition of

9    sanctions.

10    **IT IS SO ORDERED.**

11    DATED: May 7, 2008

12

13    Hon. William McCurine, Jr.
     U.S. Magistrate Judge
14    United States District Court

15

16    COPY TO:
     HONORABLE LARRY A. BURNS, U.S. DISTRICT JUDGE
     ALL PARTIES AND COUNSEL OF RECORD
17

18

19

20

21

22

23

24

25

26

27

28

2

08cv551 LAB (WMc)