WILSON PETTY KOSMO & TURNER LLP
CLAUDETTE G. WILSON (110076)
KRISTA M. CABRERA (190595)
550 West C Street, Suite 1050
San Diego, California  92101
Telephone:  (619) 236-9600
Facsimile:   (619) 236-9669
**E-mail:** cwilson@wpkt.com
**E-mail:** kcabrera@wpkt.com

Attorneys for Defendant
TARGET CORPORATION

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETHAN MERIWETHER,<br><br>             Plaintiff,<br><br>      v.<br><br>TARGET CORPORATION; KIRK BROTEN; and DOES 1 through 10, inclusive,<br><br>             Defendants. | Case No. 08-CV-551 LAB (WMc)<br><br>**JOINT PROPOSED DISCOVERY PLAN [RULE 26(f)]**<br><br>Complaint Filed:  January 30, 2008<br><br>Dept.:       9<br>Judge:      Hon. Larry Alan Burns<br>Trial Date:  Not Set |

Pursuant to Federal Rule of Civil Procedure 26(f), a discovery conference was held on June 23, 2008.  David A. Miller of the Law Offices of David Miller participated on behalf of Plaintiff Ethan Meriwether and Krista M. Cabrera of Wilson, Petty, Kosmo & Turner LLP participated on behalf of Defendant Target Corporation ('Target").  Counsel propose the following discovery plant.

**A.     Joint Discovery Plan**

      **1.     Initial Disclosures**

As set forth in the Order Following Early Neutral Evaluation Conference of May 7, 2008 Defendant served its initial disclosures on June 18, 2008.  Plaintiff has not yet served his initial disclosures.

**2.    Discovery Plan**

Plaintiff anticipates conducting the following discovery: form employment interrogatories, special interrogatories, request for admissions, document demand, depositions of Kirk Broten, Managers known as Virginia Nutter, Amy _____, Cindy Fletcher, Michelle _____, other similar shift employees.

Defendant anticipates propounding interrogatories, requests for production, and requests for admission to Plaintiff and taking the deposition of Plaintiff as well as that of those witnesses Plaintiff identifies as having information regarding his claims.

**3.    Dates**

Plaintiff feels it is premature to set dates as he may seek to amend his complaint.

Dated:    June 24, 2008            **WILSON PETTY KOSMO & TURNER LLP**

By:    /s/ KRISTA M. CABRERA
       CLAUDETTE G. WILSON
       KRISTA M. CABRERA
       Attorneys for Defendant
       TARGET CORPORATION

Dated:    June 24, 2008            **LAW OFFICES OF DAVID A. MILLER**

By:    /s/ DAVID A. MILLER
       DAVID A. MILLER
       Attorneys for Plaintiff
       ETHAN MERIWETHER