UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ETHAN MERIWETHER, | ) | Case No. 08cv551 LAB (WMc) |
| Plaintiff, | )<br>)<br>) | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | ) | |
| TARGET CORPORATION; KIRK BROTEN; and DOES 1 through 10, inclusive, | )<br>)<br>) | |
| Defendants. | ) | |

Due to a conflict in the Court's schedule, the Case Management Conference ("CMC") currently scheduled for June 27, 2008 is CONTINUED to ***July 21, 2008*** at ***3:30 p.m.*** in the chambers of United States Magistrate Judge William McCurine, Jr., 940 Front Street, Courtroom C, San Diego, California, 92101. Only counsel need appear at the CMC.

**IT IS SO ORDERED.**

DATED: June 26, 2008

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

COPY TO:
HONORABLE LARRY A. BURNS, U.S. DISTRICT JUDGE
ALL PARTIES AND COUNSEL OF RECORD